UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FABIAN JOHNSON,

    Defendant.

Case No. 20-CR-**20-CR-214**

[18 U.S.C. §§ 922(g)(1), 924(a)(2), & 924(c); 21 U.S.C. §§ 841(a)(1) & 841(b)(1)(C)]

*Filed 2020 NOV 10 P 12: 18, Clerk of Court*

---

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

1. On or about February 4, 2020, in the State and Eastern District of Wisconsin,

**FABIAN JOHNSON,**

knowing he previously had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm that, prior to his possession of it, had been transported in interstate commerce, the possession of which was therefore in and affecting commerce.

2. The firearm is more fully described as a Smith and Wesson, model SD40VE, .40 caliber pistol, bearing serial number FBA4542.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWO

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about February 4, 2020, in the State and Eastern District of Wisconsin,

**FABIAN JOHNSON**

knowingly and intentionally possessed with intent to distribute a mixture and substance containing a detectable amount of cocaine base in the form of "crack" cocaine, a Schedule II controlled substance; a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and fentanyl, a Schedule II controlled substance; and a mixture and substance containing marijuana, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## COUNT THREE

THE GRAND JURY FURTHER CHARGES THAT:

1. On or about February 4, 2020, in the State and Eastern District of Wisconsin,

**FABIAN JOHNSON**

knowingly possessed a firearm in furtherance of the drug trafficking offense charged in Count Two of this Indictment.

2. The firearm is more fully described as a Smith and Wesson, model SD40VE, .40 caliber pistol, bearing serial number FBA4542.

All in violation of Title 18, United States Code, Section 924(c)(1)(A)(i).

A TRUE BILL:

███████████████

FOREPERSON

Date: 11/10/2020

_[signature]_

MATTHEW D. KRUEGER
United States Attorney

3